UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STACY L. CHILDRESS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Case No. 11-CV-1434 |

## ORDER

A Report and Recommendation (#13) was filed by Magistrate Judge David G. Bernthal in the above cause on May 15, 2013. More than 14 days have elapsed since the filing of the Recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1). Therefore, the Recommendation of the Magistrate Judge is accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#13) is accepted by this court.

(2) Defendants' Motion for an Order Which Affirms the Commissioner's Decision (#12) is DENIED.

(3) Plaintiff's Motion for Summary Judgment (#8) is GRANTED.

(4) The Commissioner's decision is reversed. This case is remanded for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative

Law Judge may (1) explain and articulate her reasoning and conclusions regarding Dr. Addai's and Dr. Hartman's assessments and opinions; and (2) reconsider and articulate the reasoning regarding her evaluation of Plaintiff's credibility.

(5) The clerk of the court is directed to enter judgment in favor of Plaintiff.

(6) This case is terminated.

ENTERED this 2nd day of July, 2013

**s/ Michael P. McCuskey**

MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE